IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAMILY INADA Co., Ltd., | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 19-925-CFC |
| v. | : |
| | : |
| FIUS DISTRIBUTORS LLC, D.B.A INADA USA, D.B.A. FURNITURE FOR LIFE | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this 18th day of October 2019:

For the reasons set forth in the Memorandum Opinion issued this day,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Preliminary Injunction is **GRANTED**.

IT IS HEREBY FURTHER ORDERED THAT:

A. Defendant FIUS Distributors, LLC and all others, including without limitation, its employees, agents, partners, officers, directors, owners, shareholders (other than Family Inada), principals, parents, subsidiaries,

related companies, affiliates, distributors, wholesalers, repackagers, retailers, and all persons in active concert or participation with any of them (collectively, "Defendant"), are preliminarily enjoined, pending final hearing or trial of this action, as follows:

1. From using in any manner the DREAMWAVE trademark, the ➤ logo, or any marks, names, trade dress, and designs that are confusingly similar to or likely to dilute or tarnish any such marks, including without limitation, on Defendant's massage chairs and any associated packaging, displays, and advertising and promotional materials in any media or format;

2. From using the DREAMWAVE.com webpage or domain name to sell, market, advertise, or promote massage chairs, including redirecting traffic to any website;

3. From using in any manner any other mark which so resembles the DREAMWAVE Trademarks as to be likely to cause confusion, deception, or mistake on or in connection with the manufacture, distribution, promotion, offer for sale, and sale of any product.

```
                                    _____
                                    COLM F. CONNOLLY,
                                    UNITED STATES DISTRICT JUDGE
```